# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Supervised Release) |
| v. | Case Number:  99-cr-00151-CMA-01 |
| KENNETH TILLMAN | USM Number:  28823-013 |
| | Frances E. Simonet, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 05/08/2009 |
| 2 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 06/23/2009 |

　　The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

　　It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

December 16, 2009
Date of Imposition of Judgment

*Christine M Arguello* (signature)
Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

12/17/09
Date

DEFENDANT: KENNETH TILLMAN
CASE NUMBER: 99-cr-00151-CMA-01                                         Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance (Marijuana) | 08/15/2009 |
| 4 | Possession and Use of a Controlled Substance (Marijuana) | 09/02/2009 |
| 5 | Failure to Follow the Instructions of the Probation Officer | 08/12/2009 |
| 6 | Failure to Notify the Probation Officer of Change in Residence | 08/21/2009 |
| 7 | Associating with a Person Convicted of a Felony Without Permission of the Probation Officer | 05/30/2009 |
| 8 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 08/10/2009 |
| 9 | Failure to Pay Restitution as Directed | 04/17/2009 |

DEFENDANT: KENNETH TILLMAN
CASE NUMBER: 99-cr-00151-CMA-01                                             Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months.

The Court recommends that the Bureau of Prisons credit the defendant with ninety (90) days spent in official detention prior to sentencing. It is also recommended that the defendant be designated to FCI Englewood for service of his sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal

DEFENDANT:  KENNETH TILLMAN
CASE NUMBER:  99-cr-00151-CMA-01                                                             Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
|  | $0.00 | $0.00 | $23,238.00 |
| **TOTALS** | $0.00 | $0.00 | $23,238.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| CUNA Mutual Group | $3,189.00 | $3,189.00 |  |
| Bank One | $14,146.00 | $14,146.00 |  |
| Premier Bank | $5,903.00 | $5,903.00 |  |
| **TOTALS** | $23,238.00 | $23,238.00 |  |

Interest on the restitution obligation will be waived, upon the Court's finding that the defendant does not have the ability to pay interest.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  KENNETH TILLMAN
CASE NUMBER:  99-cr-00151-CMA-01                              Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant is ordered to pay the balance of the restitution outstanding.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.